UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

JESSICA HUTCHINS,

|  | **STIPULATION AND** |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |

-against-                                               15-CV-05900 (NGG) (ST)

EVAGELOS DIMITRAKAKIS; UC #312; "JOHN and JANE
DOE 1- 10", individually and in their official capacities (the
names John Doe being fictitious, as the true names are
presently unknown),

                                              Defendants.
----------------------------------------------------------------------X

      **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
         6 - 2 9 , 2016

LONDON INDUSI LLP
*Attorneys for Plaintiff*
186 Joralemon Street, Suite 1202
Brooklyn, New York 11201


By: _____
      Gary London
      *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants Evagelos*
    *Dimitrakakis and UC 312*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____

Aimee Lulich
*Assistant Corporation Counsel*

SO ORDERED:
     s/Nicholas G. Garaufis

_____
HON. Nicholas G. Garaufis
UNITED STATES DISTRICT JUDGE

Dated: _July 12_, 2016


2